WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **HANNAH AHERN,** | Case No.: 3:21-cv-00561-YY |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF ASHLEY LANCASTER** |
| **ERIK KAMMERER and CITY OF PORTLAND,** | (In Support of Defendant City of Portland's Motion for Partial Summary Judgment) |
| **DEFENDANTS.** | |

I, Ashley Lancaster, declare as follows:

1. I began working with the Portland Police Bureau ("PPB" or "the Bureau") on September 8, 2016, as a Senior Management Analyst with PPB's Policy Development Team. In July 2020, I became the Policy Director of the Policy Development Team. As the Policy Director, I oversee the team that reviews, revises, and develops PPB directives.

2. In my current role, I manage the Bureau's policy review and development process. I have served in this capacity since August 2020.

Page 1 – DECLARATION OF ASHLEY LANCASTER

3. Prior to serving in my current role, my primary responsibilities were to review, research, and revise the Bureau's nearly two hundred directives, with a particular focus on the approximately forty-five Department of Justice ("DOJ") settlement agreement-related directives.

4. PPB regularly reviews and updates its policies consistent with PPB Directive 0010.00. Attached to this declaration as *Exhibit 7* is a true and correct copy of Directive 0010.00 in effect on August 17, 2019. Directive 0010.00 governs PPB's Directives Review and Development Process. *Exhibit 7* became effective on March 30, 2018. Exhibit 7 was updated with a new directive governing PPB's directives review and development process on May 6, 2023. A true and accurate copy of that later directive is attached to this declaration as *Exhibit 7a*.

5. DOJ Directives, as discussed in 0010.00, include, among others, Directive 1010.00, Directive 635.10, and Directive 0344.05.

6. Attached to this declaration as *Exhibit 8* is a true and correct copy of Directive 1010.00 in effect on August 17, 2019. PPB Directive 1010.00 governs PPB officers' use of force. *Exhibit 8* became effective on August 19, 2017. A previous directive governing PPB officers' use of force had been in effect since December 4, 2014. A true and accurate copy of that earlier directive is attached to this declaration as *Exhibit 8a*.

7. Attached to this declaration as *Exhibit 9* is a true and correct copy of Directive 0635.10 in effect on August 17, 2019. PPB Directive 0635.10 governs PPB officers' response to crowd management/crowd control. *Exhibit 9* became effective on August 30, 2017. A previous directive governing PPB officers' response to crowd management/crowd control had been in effect since August of 2013. A true and accurate copy of that earlier directive is attached to this declaration as *Exhibit 9a*.

8. Attached to this declaration as *Exhibit 10* is a true and correct copy of Directive 0344.05 in effect on August 17, 2019. PPB Directive 0344.05 prohibits and governs PPB officers' conduct related to bias-based policing or profiling. *Exhibit 10* became effective on

March 2, 2018. A previous directive prohibiting and governing PPB officers' conduct related to bias-based policing or profiling had been in effect since December 11, 2015. A true and accurate copy of that earlier directive is attached to this declaration as *Exhibit 10a*.

9. Attached to this declaration as *Exhibit 11* is a true and correct copy of Directive 315.30 in effect of August 17, 2018. PPB Directive 315.30 governs Satisfactory Performance. *Exhibit 11* became effective on February 28, 2018. A previous directive relating to PPB officers' satisfactory performance had been in effect since September 6, 2001.

10. Attached to this declaration as *Exhibit 12* is a true and correct copy of Directive 330.00 in effect on August 17, 2019. PPB Directive 330.00 governs the Internal Affairs Complaint Intake and Processing. *Exhibit 12* became effective on March 3, 2018. A previous directive relating to PPB's complaint intake process had been in effect since September 6, 2001.

11. Attached to this declaration as *Exhibit 13* is a true and correct copy of Directive 331.00 in effect on August 17, 2019. PPB Directive 331.00 governs Supervisory Investigations. *Exhibit 13* became effective on March 3, 2018. A previous directive relating to PPB's use of supervisory investigations had been in effect since October 30, 2014.

12. Attached to this declaration as *Exhibit 14* is a true and correct copy of Directive 332.00 in effect on August 17, 2019. PPB Directive 332.00 governs Administrative Investigations. *Exhibit 14* became effective on March 3, 2018. A previous directive relating to PPB's use of administrative investigations had been in effect since October 30, 2014.

13. Attached to this declaration as *Exhibit 15* is a true and correct copy of Directive 333.00 in effect on August 17, 2019. PPB Directive 333.00 governs Criminal Investigations of Police Bureau Employees. *Exhibit 15* became effective on March 3, 2018. A previous directive relating to PPB's criminal investigation of PPB employees had been in effect since October 30, 2014.

///

///

14. Attached to this declaration as *Exhibit 16* is a true and correct copy of Directive 335.00 in effect on August 17, 2019. PPB Directive 335.00 governs PPB's Discipline Process. *Exhibit 16* became effective on March 3, 2018. A previous directive relating to PPB's disciplinary process had been in effect since October 30, 2014.

15. Attached to this declaration as *Exhibit 17* is a true and correct copy of Directive 336.00 in effect on August 17, 2019. PPB Directive 336.00 governs PPB's Police Review Board. *Exhibit 17* became effective on March 3, 2018. A previous declaration related to the Police Review Board had been in effect since October 30, 2014.

16. Attached to this declaration as *Exhibit 18* is a true and correct copy of Directive 338.00 in effect on August 17, 2019. PPB Directive 338.00 relates to the PPB Discipline guide. *Exhibit 18* became effective on March 3, 2018. A previous directive relating to PPB's discipline guide had been in effect since October 30, 2014.

17. Attached to this declaration as *Exhibit 19* is a true and correct copy of PPB's Discipline Guide. *Exhibit 19* became effective on March 1, 2014.

18. Attached to this declaration as *Exhibit 19a* is a true and correct copy of Directive 345.00 in effect on August 17, 2019. PPB Directive 345.00 relates to the PPB Employee Information System. *Exhibit 19a* became effective on May 15, 2019. A previous directive relating to PPB's discipline guide had been in effect since June 11, 2011.

19. Attached to this declaration as *Exhibit 20* is a true and correct copy of PPB's Directive 0830.00 in effect on August 17, 2019. PPB Directive 0830.00 governs PPB officers' Arrest without Warrants.

20. *Exhibit 7*, *Exhibit 7a*, *Exhibit 8*, *Exhibit 8a*, *Exhibit 9*, *Exhibit 9a*, *Exhibit 10*, and *Exhibit 10a* and *Exhibits 11* through *20* to this declaration are kept in the course of the City's or PPB's regularly conducted business or organizational activities.

///

///

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

21. I make this declaration in support of Defendant City of Portland's Motion for Partial Summary Judgment.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: _____

_____
Ashley Lancaster

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047