Juan C. Chavez, OSB #136428
Franz Bruggemeier, OSB #163533
Jonathan Gersten, OSB #191582
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-328-3982

FILED23 FEB '24 12:33USDC-ORP

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| HANNAH AHERN,<br><br>Plaintiff,<br><br>v.<br><br>ERIK KAMMERER, CITY OF PORTLAND; and JOHN DOES 1-5.<br><br>Defendants. | Case No. 3:21-cv-00561-YY<br><br>CONVENTIONALLY FILED EXHIBITS 1-4 TO DECLARATION OF JUAN C. CHAVEZ IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF PORTLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT |



Case 3:21-cv-00561-YY     Document 81      Filed 02/23/24     Page 2 of 2