21CV18891

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| AARON MCCARTHY, | )<br>) |
| Plaintiff, | ) Case Number: 21CV18891 |
| vs. | ) **STIPULATED GENERAL JUDGMENT**<br>) **OF DISMISSAL WITH PREJUDICE** |
| CITY OF PORTLAND, a municipal<br>Corporation, and ERIK KAMMERER | ) |
| Defendants. | ) |

Based upon the stipulation of the parties below, by and through their attorneys, that all claims are dismissed in their entirety against Defendants City of Portland and Erik Kammerer with prejudice and without costs to any party, and that a Judgment of Dismissal is entered, and the Court being fully advised:

IT IS HEREBY ORDERED AND ADJUDGED that all claims are dismissed in their entirety against Defendants City of Portland and Erik Kammerer with prejudice and without costs to any party.

Signed: 9/2/2021 03:16 PM

_[signature]_

Circuit Court Judge Stephen K. Bushong
proxy signed by MG

*Dodge & Associates*
*825 NE 20th Ave., Suite 220*
*Portland, OR 97232*
*Ph:  503-297-3324*
*Fax: 503-235-2236*

*Page | 1*

EXHIBIT 26
Declaration of William W. Manlove
Page 1 of 4

IT IS SO STIPULATED:

DATED this 25th day August, 2021

_____
Sean Burt, OSB No. 133184
Dodge and Associates
Attorneys for Plaintiff


DATED this ___25th___ day August, 2021


____/s/ Carey Caldwell_____
Carey Caldwell, OSB No. 093032
Hart Wagner, LLP
Attorneys for Defendants

*Page | 2*

*Dodge & Associates*
*825 NE 20th Ave., Suite 220*
*Portland, OR 97232*
*Ph: 503-297-3324*
*Fax: 503-235-2236*

EXHIBIT 26
Declaration of William W. Manlove
Page 2 of 4

<u>CERTIFICATE OF READINESS PURSUANT TO UTCR 5.100</u>

I hereby certify that the foregoing proposed judgment or order is ready for judicial signature based on the following:

1. ☐ Each opposing party affected by the order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted; or

2. ☒ Each opposing party affected by this order or judgment has approved the order or judgment, as shown by the signature on the document being submitted or by written confirmation of approval sent to me; or

3. ☐ I have served a copy of this order or judgment on all parties entitled to service pursuant to UTCR 5.100 (on _____) and:

   a. ☐ No objection has been served on me

   b. ☐ I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

   c. ☐ After conferring about objections [role and name of opposing party] agreed to independently file any remaining objections.

4. ☐ The relief should is against an opposing party who has been found in default.

5. ☐ An order of default is being requested with this proposed judgment.

6. ☐ Service is not requested pursuant to subsection (3) of this rule, or by statue, rule or otherwise.

7. ☐ This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

Dated this 25th day of August, 2021.   _____
                                         Sean Burt

Dodge & Associates
825 NE 20th Ave., Suite 220
Portland, OR 97232
Ph: 503-297-3324
Fax: 503-235-2236

Page | 3

EXHIBIT 26
Declaration of William W. Manlove
Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2021, I served the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following party at the following address:

Mr. Carey Caldwell
Hart Wagner LLP
1000 SW Broadway, Ste 2000
Portland, OR 97205
Email: cpc@hartwagner.com
*Attorneys for Defendants*

by emailing and mailing a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

_____
Sean Burt

*Dodge & Associates*
*825 NE 20th Ave., Suite 220*
*Portland, OR 97232*
*Ph: 503-297-3324*
*Fax: 503-235-2236*

Page | 4

EXHIBIT 26
Declaration of William W. Manlove
Page 4 of 4