WILLIAM W. MANLOVE, OSB 891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

**TYLER VONTILLIUS,**

      **PLAINTIFF,**

  v.

**ERIK KAMMERER, CITY OF PORTLAND, and JOHN DOES 1-10,**

      **DEFENDANTS.**

Case No.: **3:22-cv-00765 YY**

**STIPULATED JUDGMENT**

    Based on Defendants City of Portland and Erik Kammerer's Offer of Judgment in the amount of Seven Thousand Five Hundred One and no/100 Dollars ($7,501.00), plus costs and fees dated November 23, 2022, and Plaintiff Tyler Vontillius's subsequent acceptance of that Offer of Judgment that was entered on January 23, 2023 (ECF No. 12), and the stipulation of the parties made herein that the Court would award Five Thousand and no/100 Dollars ($5,000.00) to Plaintiff for his reasonable attorneys' fees and costs incurred in this case, the Court hereby enters this STIPULATED JUDGMENT in favor of Plaintiff and against the City of Portland and Erik Kammerer in the total sum of Twelve Thousand Five Hundred One and no/100 Dollars ($12,501.00).

Page  1  –  STIPULATED JUDGMENT

EXHIBIT 27
Declaration of William W. Manlove
Page 1 of 2

This Stipulated Judgment shall not be construed as an admission of liability by the City of Portland or Erik Kammerer nor an admission that Plaintiff suffered any damages.

**IT IS SO STIPULATED BY THE PARTIES:**

DATED: 3/30/2023

/s/ Juan C. Chavez

Juan C. Chavez, OSB No. 136428
Franz Bruggemeier, OSB No. 163533
Jonathan Gersten, OSB No. 191582
*Of Attorneys for Plaintiff*

DATED: 3/30/2023

/s/ William W. Manlove

William W. Manlove, OSB No. 891607
*Of Attorneys for Defendant City of Portland*

DATED: 3/30/2023

/s/ Carey Caldwell

Carey Caldwell, OSB No. 093032
Karen O'Kasey, OSB No. 870696
*Of Attorneys for Defendant Erik Kammerer*

**IT IS SO ORDERED AND ADJUDGED:**

DATED: April 4, 2023

/s/ Youlee Yim You

Honorable Youlee Yim You
United States Magistrate Judge

Page 2 – STIPULATED JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

EXHIBIT 27
Declaration of William W. Manlove
Page 2 of 2