

EXHIBIT 29
Declaration of William W. Manlove
Page 1 of 1