

EXHIBIT 31
Declaration of William W. Manlove
Page 1 of 1