**DECLARATION OF WILLIAM W. MANLOVE**

**(In Support of Defendant City of Portland's Reply in Support of Motion for Partial Summary Judgment)**

PLACEHOLDER

Video Exhibit 32

**EXHIBIT 32**
**Declaration of William W. Manlove**
**Page 1 of 1**