FILED 22 MAR '24 16:07 USDC-ORP

WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HANNAH AHERN, | Case No.: 3:21-cv-00561-YY |
| PLAINTIFF, | |
| v. | VIDEO EXHIBIT FOR DECLARATION |
| ERIK KAMMERER, CITY OF PORTLAND; and JOHN DOES 1-5, | (In Support of Defendant City of Portland's Reply in Support of Motion for Partial Summary Judgment) |
| DEFENDANTS. | |

Enclosed are two USB thumb drives (one for the Clerks' Office and one Judge's Copy) with the following listed video exhibit files. A video placeholder page has already been filed with the Court with the declarations for each of the following listed exhibits/docket numbers.

- **ECF 88-7** - *Exhibit 32* to the Supplemental Declaration of William W. Manlove.

Conventionally Filed: March 22, 2024

Respectfully submitted,

*/s/ William W. Manlove*
WILLIAM W. MANLOVE, OSB # 891607
Senior Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendant City of Portland

Page 1 – EXHIBIT 32 TO SUPPLEMENTAL DECLARATION OF WILLIAM W. MANLOVE

Ahern v. City of Portland, et. al
3:21-cv-00561-YY
Exhibit 32 to City's Reply ISO MPSJ
Clerk's Copy