IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HANNAH AHREN**,<br><br>      Plaintiff,<br><br>      v.<br><br>**ERIK KAMMERER** and **CITY OF PORTLAND**,<br><br>      Defendants. | Case No. 3:21-cv-561-YY<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on September 3, 3024. Judge You recommended that the Court grant the City of Portland's ("City") motion for partial summary judgment. No party has filed objections.

Under the Federal Magistrates Act (Act), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – OPINION AND ORDER

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews Judge You's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge You's Findings and Recommendation, ECF 97. The Court GRANTS the City of Portland's motion for partial summary judgment (ECF 59). Summary judgment is granted on two of Plaintiff's claims: (1) a Fourth Amendment *Monell* claim against the City, and (2) a First Amendment *Monell* claim against the City.

**IT IS SO ORDERED**.

DATED this 1st day of October, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – OPINION AND ORDER