NAOMI SHEFFIELD, OSB #170601
Chief Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HANNAH AHERN,** | Case No.: 3:21-cv-00561-SI |
| **PLAINTIFF,** | **NOTICE OF SETTLEMENT** |
| v. | |
| **ERIK KAMMERER, CITY OF PORTLAND; and JOHN DOES 1-5,** | |
| **DEFENDANTS.** | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

Dated: August 25, 2025.

Respectfully submitted,

*/s/ Naomi Sheffield*
NAOMI SHEFFIELD, OSB #170601
Chief Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

RELEASE AND HOLD HARMLESS AGREEMENT

I

FOR THE SOLE CONSIDERATION of the sum of Sixty Two Thousand and Five Hundred dollars ($62,500), the undersigned Hannah Ahern hereby releases and forever discharges Erik Kammerer and the City of Portland, its agents, officers, employees, officials, and all other persons, firms, corporations or other entities liable or who might be claimed to be liable (hereafter "the City of Portland") from any and all claims for damages and/or injuries from or relating to Hannah Ahern's arrest at a protest on or about August 17, 2019, in Portland, Oregon.

II

IT IS UNDERSTOOD AND AGREED that the payment made to the undersigned under this agreement is not to be construed as an admission of liability. The City of Portland expressly denies liability to the undersigned, or any other person for injuries or damages arising out of the aforementioned incident.

III

IT IS FURTHER UNDERSTOOD AND AGREED that this agreement releases the City of Portland from any and all claims arising out of the above-described causes of action, and claims against the proceeds of said action including, but not limited to, medical liens, hospital liens, Social Security Administration liens, Medicare liens, workers' compensation liens, liens of the State of Oregon Department of Human Services and all other liens against the above-described causes of action at the time of execution hereof.

IV

A. The Parties also acknowledge any Medicare and Medicaid interest payable under this Agreement shall be the sole and exclusive responsibility of Hannah Ahern. Hannah Ahern agrees that the duties stated in this paragraph are non-delegable and failure to perform such duties shall provide the City of Portland with a right to recover any monies paid due to the failure to satisfy Medicare's interests, including any additional expenses incurred and attorney fees. The Parties acknowledge and understand that the City of Portland will report any payment to a Medicare beneficiary in settlement of a claim under a liability insurance policy or self-Insurance to Medicare (CMS).

B. Hannah Ahern agrees and warrants that she will satisfy any and all applicable Medicare, Medicaid, and private insurer liens and third-party claims prior to receiving any portion of the settlement payment set forth in section I from the Oregon Justice Resource Center Trust Account. With respect to the interests of Medicare and the Centers for Medicare and Medicaid Services ("CMS"), Hannah Ahern represents and warrants that she has received no notice from Medicare/CMS asserting the rights to any conditional payments relating to the past medical care and treatment of Hannah Ahern. If Hannah Ahern fails to satisfy such liens, Hannah Ahern shall defend and indemnify the City of Portland, its agents, officers, employees, officials, and all other persons, firms, corporations or other entities from any and all claims arising out of such failure.

C. In consideration of the payments set forth in the Settlement Agreement, Hannah Ahern waives, releases, and forever discharges the City of Portland from any obligations for any claim, known or unknown, arising out of the failure of the City of Portland to provide for a primary payment or appropriate reimbursement pursuant to 42 U.S.C. § 1395y(b)(3)(A).

D. Hannah Ahern understands this settlement may impact, limit or preclude her right or ability to receive future Medicare/CMS benefits arising out of the injuries alleged, and nevertheless wishes to proceed with the settlement.

E. The parties have attempted to resolve this matter in compliance with both state and federal law, and have considered Medicare's interests. Hannah Ahern has concluded that a Medicare Set-Aside ("MSA") is not required or appropriate in this matter. It is not the intention of the parties to shift responsibility for payment of future medical expenses to Medicare pursuant to 42 U.S.C. § 1395y(b) or the Federal Government.

F. Should any person or entity not a party hereto challenge the validity of this Settlement Agreement, or any term thereof, pursue recovery of monies from the City of Portland or bring a claim or claims against the City of Portland arising out of 42 U.S.C. § 1395y(b) related to payment for items or services related to the injuries claimed in this action, Hannah Ahern shall provide to the City of Portland such cooperation and assistance as the City of Portland may reasonably request in order to resist such a challenge or defend such a claim.

V

THE UNDERSIGNED AGREES AND WARRANTS that all expenses incurred to date or which will be incurred in the future, which are related in any way to claims being released herein, have either been paid or will be paid from the proceeds of this settlement and that Hannah Ahern will hold the City of Portland, its agents, employees and assigns harmless from any claim for any such expense whenever incurred and, if any suit is filed against the City of Portland to collect such claim, Hannah Ahern will accept the tender of defense of any such claim, defend it at her expense and pay any judgment entered therein and agree to compensate the City of Portland for any expense or liability incurred as a result of the filing of such suit.

VI

THE UNDERSIGNED HEREBY DECLARES that she has read this Release and Hold Harmless Agreement and that it is fully understood and voluntarily accepted for the purpose of making a full and complete settlement and compromise of any and all claims arising out of the above-described incident, in whatever legal form or theory she might assert, whether disputed or otherwise, and in particular including, but not limited to, those matters set forth in the complaint of Hannah Ahern in the Circuit Court of the State of Oregon for the County of Multnomah, entitled:

//
//
//
//
//
//

Page 2 – RELEASE AND HOLD HARMLESS AGREEMENT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HANNAH AHERN, | Case No.: 3:21-cv-00561-SI |
| PLAINTIFF, | |
| v. | RELEASE AND HOLD HARMLESS AGREEMENT |
| ERIK KAMMERER, CITY OF PORTLAND; and JOHN DOES 1-5, | |
| DEFENDANTS. | |

VII

IT IS EXPRESSLY UNDERSTOOD AND AGREED that this Release and Hold Harmless Agreement is intended to, and does, cover not only all known losses and damages, but any further losses and damages not now known or anticipated which may later develop or be discovered including all effects and consequences thereof.

VIII

THE TERMS SET FORTH HEREIN are contractual and not a mere recital.

IX

IT IS FURTHER UNDERSTOOD AND AGREED that this Release and Hold Harmless Agreement releases any and all claims for nondisclosure, fraud or misrepresentation and any and all claims for nondisclosure, fraud or misrepresentation in the inducement of this agreement.

X

THE UNDERSIGNED FURTHER STIPULATES AND AGREES that the above case may be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 5th day of 8, 2025.

_____
Hannah Ahern

Page 3 – RELEASE AND HOLD HARMLESS AGREEMENT

EXHIBIT 1, Page 3 of 4

STATE OF OREGON )
                ) ss.
County of Multnomah )

This instrument was acknowledged before me this __5__ day of __August__, 20__25__, by Hannah Ahern.



Notary Public – State of Oregon
Commission No.: 1054633
Commission Expiration: 12/30/2028

APPROVED:

_____
Juan C. Chavez, OSB #136428
Attorney for Plaintiff

Page 4 – RELEASE AND HOLD HARMLESS AGREEMENT