NAOMI SHEFFIELD, OSB #170601
Chief Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HANNAH AHERN,** | Case No.: 3:21-cv-00561-SI |
| **PLAINTIFF,** | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| **ERIK KAMMERER, CITY OF PORTLAND; and JOHN DOES 1-5,** | |
| **DEFENDANTS.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendant hereby stipulate as follows:

1. For the reason that plaintiff's Complaint has been fully compromised and released, plaintiff hereby dismisses her Complaint in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

2.  All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

**IT IS SO STIPULATED:**

*/s/ Juan C. Chavez*
Juan C. Chavez, OSB #136428
Of Attorneys for Plaintiff

Dated:  August 25, 2025

*/s/ Naomi Sheffield*
Naomi Sheffield, OSB #124544
Of Attorneys for Defendant City of Portland

Dated:  August 25, 2025

*/s/ Karen O' Kasey*
Karen O'Kasey, OSB #870696
Of Attorneys for Defendant Kammerer

Dated:  August 25, 2025